United States Bankruptcy Court
Southern District of Indiana

IN RE: )
)
Bernard Charles Faller )
) CASE NO. 06-00188-JKC-7A
)
)
DEBTOR(S) )

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application and in accordance with the provisions of 28 USC Section 2042, it is ORDERED that, following review by the Clerk of the sufficiency of the Affidavit of Creditor Information, the Clerk of the U. S. Bankruptcy Court is directed to remit to Citigroup Global Markets Inc., c/o Santo Trombetta located at 388 Greenwich Street. New York, NY 10013 the sum of $801.57 now held as unclaimed funds in the Treasury for creditor CITIBANK/CHOICE.

DATED: APR 2 9 2013

JUDGE, U.S. BANKRUPTCY COURT

cc: Financial Section

SF03470.9 (6/09)